■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS PATRICK CRONIN, Appellant. [624 NYS2d 846] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered October 8, 1992, convicting him of grand larceny in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Rosenblatt, Lawrence, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME CRUMWELL, Appellant. [624 NYS2d 846] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated December 20, 1993 (People v Crumwell, 199 AD2d 406), affirming a judgment of the County Court, Nassau County, rendered April 25, 1991, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Rosenblatt, J. P., Miller, Thompson and Ritter, JJ., concur.